1020

**UNITED STATES of America, Appellant, v. Henry C. E. WHITE, Appellee.**

No. 7308.

Circuit Court of Appeals, Sixth Circuit.

Nov. 4, 1937.

Horace Frierson, Jr., and A. O. Denning, both of Nashville, Tenn., for the United States.

Langford & McKay, of Cookeville, Tenn., and W. H. Turner, of Carthage, Tenn., for appellee.

Before MOORMAN and SIMONS, Circuit Judges, and FORD, District Judge.

PER CURIAM.

The court being of opinion that there was not sufficient evidence to submit to the jury the question as to whether the appellee became totally and permanently disabled during the life of the policy sued on, it is ordered that the judgment be reversed and the cause remanded for further proceedings.

**UNITED STATES of America v. Nanelou SWEENEY, Administratrix, et al.**

No. 1645.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1937.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan.

Frank C. Wade, of Terre Haute, Ind., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

**UNITED STATES of America, Appellee, v. Harold VAN RIPER et al., Defendant-Appellant.**

No. 104.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

John S. Wise, Jr., of New York City (James E. Wilkinson, James C. Higgins, Robert Phillips, and Louis Bennett, all of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Richard Delafield, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON and CHASE, Circuit Judges, and COXE, District Judge.

PER CURIAM.

Decision affirmed.

**UNITED STATES of America v. Claudia WARD.**

No. 7836.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

John C. Lehr, of Detroit, Mich., for the United States.

Vincent E. Schoeck, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, accompanied by certificate of the clerk of the District Court, as provided by rule 18, it is ordered that the appeal herein be, and the same is, docketed and dismissed, the costs to be charged against the government as constructive earnings.

Appeal docketed and dismissed.